DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DOTTY JUDD,

Petitioner,

v.

JEFFREY JUDD,

Respondent.

No. 2D2025-0930

————————————————

January 16, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
David Ellis, Judge.

Bridget Remington and Ellen E. Ware of Ware Law Group, P.A., Tampa,
for Petitioner.

Brooke Elvington, Dunedin, for Respondent.


KHOUZAM, Judge.

    Dismissed. *See Hall v. Reynolds*, 268 So. 3d 829, 829 (Fla. 2d DCA
2019) (explaining that orders on motions to set aside clerk's defaults are
neither appealable nonfinal orders nor generally reviewable by certiorari
(citing *Dawkins, Inc. v. Huff*, 836 So. 2d 1062, 1065 (Fla. 5th DCA
2003))).

BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.